# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| TYRONE HURT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| JACKSON, MISSISSIPPI; PHILADELPHIA, PENNSYLVANIA; THE STATE OF VIRGINIA and THE UNITED STATES OF AMERICA, | ) ) ) ) ) |
| Defendants. | ) ) |

Case No. CV415-231

## REPORT AND RECOMMENDATION

Tyrone Hurt is one of the most prolific frivolous filers this Court has ever seen. His latest complaint, like all of the many hundreds he has filed across the nation, is largely illegible.[1] Hurt appears to complain that two cities, a state, and this nation have somehow violated his civil rights. *See* doc. 1. But despite its best effort to discern precisely what Hurt is asserting, the Court "is unable to identify a comprehensible sentence, let alone . . . a 'short and plain statement of the claim.'" *Roy v.*

---

[1] The full scope of Hurt's abuse of the federal courts is detailed in *Hurt v. Zimmerman*, CV415-260, doc. 3 (S.D. Ga. R&R entered Oct. 7, 2015). In that report, the undersigned recommended that the Court impose severe, but necessary, restrictions on all further Hurt filings. *See id.* Hurt filed this complaint before *Zimmerman*, however, so it escapes those proposed restrictions.

*United States*, 2009 WL 1449090 at * 1 (E.D. Mich. May 21, 2009) (quoting Fed. R. Civ. P. 8(a)); *see id.* (dismissing as frivolous complaint "comprised of multiple pages containing illegible hand-written notations scrawled across them").

The Court must conduct early screening of all complaints filed *in forma pauperis*[2] to identify claims that are subject to immediate dismissal because they are frivolous, malicious, or fail to state a claim for relief. 28 U.S.C. § 1915(e)(2)(B)(i) & (ii). Hurt's complaint is certainly frivolous and legally insubstantial, and perhaps (given his history of abusive litigation) malicious as well. Hence, his complaint should be **DISMISSED**.[3]

**SO REPORTED AND RECOMMENDED**, this 15TH day of October, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[2] Hurt moves for, and based on his indigency showing (*see* doc. 5), the Court **GRANTS** him leave to proceed *in forma pauperis*. Docs. 3 & 5.

[3] Even if Hurt had immaculate handwriting, his complaint still would still be subject to immediate dismissal on frivolity grounds, for under no conceivable legal theory would this Court have jurisdiction to hear claims brought by an out-of-district plaintiff against the State of Virginia or cities situate in either Mississippi or Pennsylvania.