UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TYRONE HURT,

    Plaintiff,

v.

JACKSON, MISSISSIPPI;
PHILADELPHIA, PENNSYLVANIA;
THE STATE OF VIRGINIA and
THE UNITED STATES OF AMERICA,

    Defendants.

Case No. CV415-231

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 3 day of November, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA